Susan T. Lehr, U.S. Attorney's Office, Omaha, NE, for Appellee.

David R. Stickman, Federal Public Defender's Office, Omaha, NE, for Appellant.

John K. Hulit, Winnebago, NE, pro se.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

John Hulit appeals from the final judgment entered in the District Court for the District of Nebraska upon his guilty plea to possessing with intent to distribute less than 50 grams of a methamphetamine mixture, in violation of 21 U.S.C. § 841(a)(1) and (b)(1). The district court sentenced Hulit to 57 months imprisonment and 3 years supervised release. For reversal, Hulit argues that the federal Sentencing Guidelines are unconstitutional after *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). For the reasons discussed below, we reverse and remand.

The district court erred in sentencing Hulit under a mandatory Guidelines regime, *see United States v. Booker,* — U.S. —, — – —, 125 S.Ct. 738, 756–57, 160 L.Ed.2d 621 (2005) (holding Guidelines to be only advisory), and Hulit preserved this question at sentencing. We thus review for harmless error. *See id.* at 769. We are left with "grave doubt" as to whether the error was harmless: Hulit was sentenced at the bottom of the Guidelines range, *see United States v. Haidley,* 400 F.3d 642, 644–45 (8th Cir.2005) (holding not harmless district court's error in imposing sentence under mandatory regime where court sentenced defendant to bottom of Guidelines range, even if no

Sixth Amendment issue was present), and the court suggested that Hulit's sentence would have been lower if the Guidelines did not apply. Accordingly, we remand for resentencing.

**UNITED STATES of America,**
Appellee,

v.

**Michael HATCHER, Appellant.**

**United States of America, Appellee,**

v.

**Joseph Anthony Porrello, Appellant.**

**United States of America, Appellee,**

v.

**Angelo Porrello, Appellant.**

Nos. 02–1308WM, 02–1709WM, 02–1723WM, 01–1701WM, 02–1710WM, 02–2068WM, 02–1704WM, 02–1722WM, 02–3582WM.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 13, 2003.

Decided Sept. 7, 2005.

Victor B. Peters of Kansas City, MO, David B.B. Helfrey of St. Louis, MO, James R. Wyrsch of Kansas City, MO., for appellant.

Paul S. Becker, AUSA, Kansas City MO, for appellee.

Before BOWMAN, RICHARD S. ARNOLD,[1] and BYE, Circuit Judges.

---

1. The Honorable Richard S. Arnold died on

September 23, 2004. This opinion is being

PER CURIAM.

In a previous opinion in this case, *United States v. Hatcher*, 323 F.3d 666 (8th Cir.2003), we held the bulk of appellants' arguments lacked merit, but remanded so the district court could determine whether tape-recorded conversations between various cooperating witnesses and their attorneys should have been turned over to the defense. We retained jurisdiction to consider the result of the district court's inquiry, and it has now certified to us it has reached a conclusion. On remand, the district court concluded appellants were not prejudiced by the non-disclosures. We conclude the district court properly resolved this claim and affirm. *See* 8th Cir. R. 47B.

The order and judgment of the district court are affirmed in all respects.